IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE | ) | Case No.: 08-04751-lmj7 |
| | ) | |
| MATTHEW WAYNE PARSON | ) | FILE UNDER REPORT OF TRUSTEE 3011 |
| DIANA DAYLE PARSON | ) | |
| | ) | |
| Debtors | | |

REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011
FOR UNCLAIMED FUNDS

COMES NOW the Trustee, Wesley B. Huisinga, and for this report of trustee under Bankruptcy Rule 3011 for unclaimed funds, states as follows:

1. No funds or assets of the estate will remain after payment of unclaimed dividends including small dividends to the Court Registry as follows:

| Claim No. | Creditor Name & Address | Claim Amount | Percentage Paid | Amount of Dividend |
|---|---|---|---|---|
| 3 | Warren Transport, Inc.<br>P.O. Box 420<br>Waterloo, IA 50704 | 136.26 | 2.92% | $3.98 |

WHEREFORE, the trustee, Wesley B. Huisinga, files his Report Under Bankruptcy Rule 3011 for Unclaimed Funds.

/s/ Wesley B. Huisinga
Wesley B. Huisinga  ID No. IS9999360
SHUTTLEWORTH & INGERSOLL, PC
500 Firstar Bank Building
115 Third Street SE
P O B ox 2107
Cedar Rapids, IA  52406-2107
(319) 365-9461 Phone
(319) 365-8564 Fax
wbh@shuttleworthlaw.com